ROBERT ABBOTT AND JAMES ABBOTT, LATE MERCHANTS
IN COMPANY UNDER THE FIRM OF
ROBERT & JAMES ABBOTT
v.
ROBERT FORSYTH

1811

JOURNAL ENTRIES

1. Declaration filed; plea; issue; continuance  .   .   *Journal, infra,* *p. 358

PAPERS IN FILE

1. Precipe for capias  .   .   .   .   .   .   .   .   .   .   .   .   .   .
2. Capias and return  .   .   .   .   .   .   .   .   .   .   .   .   .   .
3. Declaration .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .